Dianne Crandell Kerns, Trustee
Office of Chapter 13 Bankruptcy
31 N. 6th Avenue
#105-152
Tucson, AZ 85701-5701
Telephone (520) 544-9094
Facsimile (520) 989-6269
Mail@dcktrustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>GREGORY ALLEN COUSINO<br>SUZAN MARIE COUSINO<br><br><br><br>DEBTORS | CHAPTER 13 PROCEEDINGS<br><br>CASE NO.: 21-bk-01960-SHG<br><br>**TRUSTEE'S NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC)**<br>**NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE** |

DIANNE CRANDELL KERNS, Trustee for the above-captioned estate, hereby gives notice that the *Order Confirming Chapter 13 Plan* is being returned to Debtor's counsel for the following reasons:

1. The Stipulated Order Confirming Plan is being returned because there is not enough funding to meet the Chapter 7 liquidation value, as stated in the Section 1325 Analysis, in the amount of $9,672.86. The Trustee calculates the dividend to unsecured creditors to be approximately $6,557.00, which is consistent with the Plan Analysis included in the SOC. This objection may be resolved by the plan funding being increased to pay unsecured nonpriority claims at least $9,672.86.

**Please note that the complete SOC audit has not been completed and will not continue until all items have been addressed and resolved.** The Trustee reserves the right to raise any further objections that may become apparent at a later date. The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

This Notice serves as the Trustee's Motion to Dismiss the case pursuant to L.R.B.P. 2084-10(b). Within 30 days from the date of this notice Debtor must: (1) resolve all issues listed above; (2) resolve any other issues raised in the Trustee's Evaluation; and (3) submit a new proposed Stipulated Order on Confirmation. Failure to timely comply will result in the Trustee uploading and serving a proposed order of dismissal pursuant to L.R.B.P.

2084-10(b). If the Debtor is unable to timely comply a motion to extend the deadline may be filed with the Bankruptcy Court.

**\*\*\*In the event that other motions to dismiss are pending, this notice does not extend, modify, or otherwise toll the deadlines associated with such motions.\*\*\***

Dated: October 06, 2021

OFFICE OF THE CHAPTER 13 TRUSTEE
7320 N. La Cholla #154 - 413
Tucson, AZ  85741

By /s/  Dianne C. Kerns  011557

Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed and or emailed this: 10/6/2021

GREGORY ALLEN COUSINO
SUZAN MARIE COUSINO
12669 N. GREENBERRY DR.
MARANA, AZ  85653

WAYNE MORTENSEN!
mortensenlawcourt@gmail.com
MORTENSEN LAW OFFICES PLLC
1901 E UNIVERSITY DR #360
MESA, AZ  85203

Submitted By Dawn Hoffman